## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:17-cr-00175-CRB-2
Case Name: <u>USAv. Taj Armon Reid</u>

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|---|
| Charles R. Breyer | | Susan Badger and John Hemann | Daryl Stallworth and Charles Woodson |
| **TRIAL DATE:** | | **REPORTER(S):** | **CLERK:** |
| May 24, 2018 | | Katherine Sullivan | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:07 a.m. | | | Court convened.  Jurors not present.  All parties and counsel present. Discussion re Jury Note 1. | |
| | | 10:19 a.m. | | | All jurors present.  All parties and counsel present. Court instructs the jurors prior to the presentation of evidence.  The government plays clips of audio from exhibits 51, 52 and 68. | |
| | | 11:06 a.m. 11:07 a.m. | | | Jurors resume deliberations. Court in recess | |
| | | 1:38 p.m. | | | Court reconvened.  All jurors present.  All parties and counsel present.  Verdict read into the record.  Jurors polled. Jurors thanked and excused. | |
| | | 1:42 p.m. | | | Sentencing hearing set for August 29, 2018 at 10:00 a.m. Status Conference set for June 18, 2018 at 1:30 p.m. | |
| | | 1:45 p.m. | | | Court adjourned. | |