FILED

MAY 24 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.: CR 17-0175 CRB |
| Plaintiff, | ) |
| v. | ) VERDICT FORM |
| TAJ ARMON REID, | ) |
| Defendant. | ) |

We, the jury in the above-entitled case, unanimously find the defendant, **TAJ ARMON REID**:

- _____Guilty_____ (GUILTY/NOT GUILTY) of the charge of Conspiracy to Receive a Bribe or Reward By An Agent of An Organization Receiving Federal Funds, in connection with the CalVet construction project at the Ventura Veterans Home and the CalVet kitchen construction project at the West Los Angeles Veterans Home, as set forth in Count One of the Indictment.

- _____Guilty_____ (GUILTY/NOT GUILTY) of the charge of Aiding and Abetting the Receipt of a Bribe or Reward By An Agent of An Organization Receiving Federal Funds, in connection with the CalVet construction project at the Ventura Veterans Home, as set forth in Count Two of the Indictment.

///

VERDICT FORM
CR 17-0175 CRB

1

1      • _____Guilty_____ (GUILTY/NOT GUILTY) of the charge of Aiding
2      and Abetting the Receipt of a Bribe or Reward By An Agent of An Organization
3      Receiving Federal Funds, in connection with the CalVet kitchen construction project at
4      the West Los Angeles Veterans Home, as set forth in Count Three of the Indictment.

7 DATED: _May 24R 208_

8      _Marin Blomquist_
               FOREPERSON

VERDICT FORM
CR 17-0175 CRB                2