IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TAJ ARMON REID,<br>Defendant. | Case No. 17-cr-00175-CRB-1<br><br>**ORDER RE HOME CONFINEMENT** |

Defendant Taj Reid is simultaneously seeking both compassionate release and home confinement at the address on International Blvd. in Oakland where he resided pretrial. See Mot. (dkt. 541) at 29–30 ("Inmate Request to Staff"); Supp. Mot. (dkt. 543) at 2; Order Staying Motion (dkt. 547) at 2. The Probation Department inspected the home in December 2011 and found it satisfactory, and it confirmed on April 17, 2020, that "nothing has changed."

The government has now filed a status report informing the Court that on April 22, 2020, Defendant Taj Reid "was found preliminarily eligible and referred for further processing" on his request for home confinement. See Status Report (dkt. 550) at 1. The government notes that if Reid is approved for home confinement, he must then be quarantined for 14 days prior to his release. Id.

The Court hereby DIRECTS the government to inform the Court by close of business on Monday, May 4, 2020: (1) when Reid will be placed on home confinement; and (2) why, if Reid was preliminarily approved on April 22, 2020, he was not placed into

//

//

quarantine on that same day.

**IT IS SO ORDERED.**

Dated: May 1, 2020



CHARLES R. BREYER
United States District Judge